UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BAY FAIR SHELL, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-01801-SI<br><br>**ORDER TO SHOW CAUSE** |

On March 16, 2020, plaintiff Adam Ghadiri, who is represented by counsel, filed this action alleging violation of the Americans with Disabilities Act. Dkt. No. 1. Pursuant to this district's General Order No. 56, plaintiff had sixty days to complete service on defendants or file a motion for administrative relief from the deadline. *See* Dkt. No. 3 at 1. There has been no activity on the docket in this case since March 24, 2020, and plaintiff has not filed a certificate of service with the Court.

Accordingly, **plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute by filing a certificate of service or an administrative motion for relief from the service deadline no later than July 27, 2020.** If plaintiff misses this deadline, the Court may dismiss this case for failure to prosecute.

**IT IS SO ORDERED**.

Dated: July 20, 2020

　　　　　　　　　　　　　　　　　　　　　_____
SUSAN ILLSTON
United States District Judge