**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI, <br><br> Plaintiff, <br> vs. <br><br> BAY FAIR SHELL DBA SHELL GAS STATION, a business entity; BANSAL, INC., a corporation, <br><br> Defendants | Case No.: 3:20-cv-01801-SI <br><br> **RESPONSE TO ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THE CASE FOR FAILURE TO PROSECUTE** |

    Plaintiff ADAM GHADIRI responds to the current order to show cause why the court should not dismiss the case for failure to prosecute.

    1. Plaintiff has this current lawsuit against Defendants BAY FAIR SHELL DBA SHELL GAS STATION, a business entity; BANSAL, INC., a corporation, because of his disability and ADA violations at Defendants place of business.

    2.   Plaintiff and Plaintiffs counsel submit that the summons on this case was issued by the court on 03/24/2020.

    3.   The Law Office of Joseph Bakhos was attempting to serve the defendants, however, in response to COVID 19, Plaintiffs process servers have suspended service in the

RESPONSE TO ORDER TO SHOW CAUSE
- 1 -

state of California. Plaintiff's counsel uses the company ABC LEGAL, a business entity, to handle process service for the office. Additionally, plaintiff uses a private individual, MICHAEL MOE RAISLEY, to effect process service.

4. Both of these process servers had suspended process service in the state of California. Both of these process servers began serving process in the state of California starting June 1, 2020. Plaintiff immediately initiated process serving for all defendants.

5. As evidenced by the attached proofs of service, Defendants BAY FAIR SHELL DBA SHELL GAS STATION and defendant BANSAL, INC. were served on July 11, 2020.

Plaintiff and Plaintiff's counsels sincerely apologize to the court for the delay.

Dated: 07/24/2020

Joseph Bakhos
Attorney for Plaintiff

**RESPONSE TO ORDER TO SHOW CAUSE**
- 2 -