UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI,<br><br>          Plaintiff,<br><br>    v.<br><br>BAY FAIR SHELL, et al.,<br><br>          Defendants. | Case No. 20-cv-01801-SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Plaintiff Adam Ghadiri, who is represented by counsel, filed this action under the Americans with Disabilities Act ("ADA") on March 16, 2020. Docket No. 1. On July 20, 2020, after plaintiff failed to file a certificate of service by the deadline, the Court issued an order to show cause why this case should not be dismissed for failure to prosecute. Docket No. 7. Plaintiff then filed proofs of service showing that defendants were served on July 11, 2020. Docket No. 8. Defendants answered the complaint on July 30, 2020. Docket No. 10. There has been no activity on the docket since August 10, 2020, when plaintiff filed a notice of withdrawal of a motion that plaintiff had filed in error. *See* Docket Nos. 12, 13.

Under this district's General Order No. 56, in actions asserting denial of a right of access protected by Titles II or III of the ADA, the parties were to have conducted the joint site inspection no later than 60 days after service of the complaint, or September 9, 2020. *See* General Order No. 56 ¶ 7; *see also* Docket No. 3 at 1. If the case did not settle, no later than 42 days after the joint site inspection, or by October 21, 2020, plaintiff was to have filed a Notice of Need for Mediation and Certification of Counsel. *See* General Order No. 56 ¶ 9; *see also* Docket No. 3 at 2. Plaintiff has failed to do so.

**Plaintiff is ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute. Plaintiff may do so by filing a statement that the case has settled, or by filing a Notice of Need for Mediation and Certification of Counsel, <u>no later than December 10, 2020</u>. If plaintiff does not comply by this date, or otherwise receive permission of the Court, the Court will dismiss this case for failure to prosecute without further notice.

**IT IS SO ORDERED**.

Dated: December 3, 2020

_____
SUSAN ILLSTON
United States District Judge