**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI,<br><br>        Plaintiff,<br><br>vs.<br><br>BAY FAIR SHELL dba SHELL GAS STATION, a business entity; BANSAL, INC., a corporation,<br>        Defendants | Case No.: 3:20-cv-01801-SI<br><br>**NOTICE OF SETTLEMENT** |

**TO ALL PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that Plaintiff, ADAM GHADIRI, has reached a full and comprehensive settlement of this civil action with mutual general releases.

The settlement has been reached involving the Plaintiff and the Defendant(s), BAY FAIR SHELL dba SHELL GAS STATION, a business entity; BANSAL, INC., a corporation.

//

//

//

//

1

**NOTICE OF SETTLEMENT**

The parties are awaiting final execution and signing of the settlement paperwork.

DATED: 12/8/2020

_____
Joseph Bakhos, Esq.
Attorney for Plaintiff

**NOTICE OF SETTLEMENT**