**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ADAM GHADIRI

        Plaintiff,

vs.

BAY FAIR SHELL dba SHELL GAS
STATION, a business entity; BANSAL, INC.,
a corporation,

        Defendants

**Case No.:** 3:20-cv-01801-SI

**JOINT STIPULATION FOR DISMISSAL**

## JOINT STIPULATION OF DISMISSAL

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that this

action shall be dismissed in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, each party to bear its own costs and fees.

///

///

1

JOINT STIPULATION OF DISMISSAL

**Date: 1/14/2021**              **For the Plaintiff:**

                                 **LAW OFFICES OF JOSEPH BAKHOS**


                                 **___/s/ Joseph Bakhos_____**
                                 **JOSEPH BAKHOS, Esq.**


**Date: 1/14/2021**              **For the Defendants:**

                                 **LAW OFFICE OF RICK MORIN, PC**


                                 **___/s/ Rick Morin      _____**
                                 **RICK MORIN, Esq.**



## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties is hereby dismissed with prejudice.


Dated: _____



                                        _____
                                        JUDGE OF U.S. DISTRICT COURT

JOINT STIPULATION OF DISMISSAL