**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI | **Case No.:** 3:20-cv-01801-SI |
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR DISMISSAL** |
| BAY FAIR SHELL dba SHELL GAS STATION, a business entity; BANSAL, INC., a corporation, | |
| Defendants | |

## JOINT STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that this action shall be dismissed in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

///

///

JOINT STIPULATION OF DISMISSAL

1

Date: 1/14/2021        For the Plaintiff:

                                    **LAW OFFICES OF JOSEPH BAKHOS**

                                    ___/s/ Joseph Bakhos_____
                                    **JOSEPH BAKHOS, Esq.**

Date: 1/14/2021        For the Defendants:

                                    **LAW OFFICE OF RICK MORIN, PC**

                                    ___/s/ Rick Morin_____
                                    **RICK MORIN, Esq.**

## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties is hereby dismissed with prejudice.

Dated:  January 14, 2021

_____
JUDGE OF U.S. DISTRICT COURT

JOINT STIPULATION OF DISMISSAL

2